# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BOULAS,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>                Defendant. | Case No. 1:18-cv-01163-LJO-BAM<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED<br><br>(Doc. 2)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Matthew Boulas ("Plaintiff") is proceeding pro se in this civil matter. Plaintiff initiated this action on August 27, 2018. (Doc. 1). On the same day, Plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 2). According to Plaintiff's application, he receives take-home pay or wages in the amount of $1,840.00 per month and receives "CA state disability benefits of $420.00 per week." (Doc. 2 at 1). He has a mortgage payment of $500.00 per month, a car payment of $260.00 per month, and spends $300 per month on utilities. He also has 3-year-old son, who is dependent upon Plaintiff for support. (Doc. 2 at 2).

Having considered Plaintiff's application, the Court finds that he has not made the showing required by section 1915(a) that he is unable to pay the required fees for this action. Accordingly, the Court HEREBY RECOMMENDS that:

    1.       Plaintiff's application to proceed without prepayment of fees and costs (Doc. 2) be

DENIED; and

2. Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (*citing Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **September 17, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE